IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) MANUEL DE JESUS CEDEÑO-VILORIO<br>2) CARLOS MAESTRE-ASTACIO<br>3) LUIS EDUARDO PINZON-MAHECHA<br>4) JUAN AGUILAR-MORALES<br>5) **JUAN RAFAEL MOTA-CEDEÑO**<br>6) DAVID FLORES-ARRIAGA<br><br>Defendants | CRIMINAL 10-0114CCC |

**ORDER**

Having considered the Report and Recommendation filed on September 12, 2013 (**docket entry 222**) on a Rule 11 proceeding of defendant [5] Juan Rafael Mota-Cedeño before U.S. Magistrate Judge Marcos E. López on August 6, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 6, 2013. The **sentencing hearing is set for November 6, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge